THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIUS ANGSTREICH, Appellant. — Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

FRANCES BEERMAN, as Executrix of ANNE PORIS, Deceased, et al., Appellants, v. DAITCH & DUBIN DAIRY STORES, INC., Respondent, et al., Defendants. DAITCH & DUBIN DAIRY STORES, INC., Third-Party Plaintiff, v. FRANK KOPFL, Third-Party Defendant. OTTILIE KASHAMER, Plaintiff, v. DAITCH & DUBIN DAIRY STORES, INC., et al., Defendants. — No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

FRED ARNOLD, Appellant, v. THOMAS A. TWOMEY et al., Respondents. — Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *post*, p. 655.]

ADOLPH H. ROSENTHAL, Respondent, v. EISEMANN INDUSTRIAL CORPORATION, Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents upon the ground that there is no necessity for declaratory judgment in the present situation. The illegality of the agreement will be available as a defense in any litigation that may be predicated thereon.

WOOD & SELICK, INC., Appellant, v. WABASH RAILROAD COMPANY, Respondent. — No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

SHEFFIELD CHINA CO., INC., Appellant, v. ROYAL CHINA, INC., Respondent. — No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

CATHERINE SMITH et al., Respondents, v. GERSEI REALTY CORP., Appellant. — No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.